**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re:<br><br>A&C AUTOWORKS INC.,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-14422-MER<br>Chapter 11, Subchapter V |

**SUPPLEMENT TO APPLICATION TO EMPLOY HOFFMAN CPA LLC AS ACCOUNTANT FOR DEBTOR**

A&C Autoworks Inc. ("Debtor"), through its proposed counsel, submits this Supplement to Application to Employ Hoffman CPA LLC as Accountant for Debtor (this "Application") as follows:

1. Debtor filed its Application to Employ Hoffman CPA LLC as Accountant for Debtor (the "Application") on July 2, 2026 to assist with bookkeeping, monthly reporting, and 2025 tax returns. [Docket No. 47].

2. In the Application, Hoffman CPA LLC (the "Applicant") disclosed the following connections:

a. As of the date of the bankruptcy case, Applicant held a $2,275 claim against Debtor (the "Claim"), which is below the $10,000 limit specified in 11 U.S.C. § 1195;

b. Applicant previously prepared tax returns and provided services to Debtor;

c. Applicant previously prepared tax returns for M&M Real Estate Management LLC ("M&M"), which is owned by Malcolm and Melinda Garrison and prepared tax returns for the Debtor's owner's, Malcolm and Melinda Garrison;

d. Applicant owes the Firm $1,775 and the Garrisons owe Applicant $650; and

e. Applicant intends to do 2025 tax returns for M&M and the Garrisons.

3. As set forth in the verified statement attached to this Supplement, Applicant will not do the 2025 tax returns for M&M or Malcolm and Melinda Garrison and waives the Claim and any amounts owed by M&M and / or Malcolm and Melinda Garrison.

Dated: August 26, 2026

Respectfully submitted,

**ONSAGER | FLETCHER | JOHNSON | PALMER LLC**

*s/ Andrew D. Johnson*
Andrew D. Johnson, #36879
1801 California St., Suite 2400
Denver, Colorado 80202
Ph: (720) 457-7061
ajohnson@OFJlaw.com

*Attorneys for A&C Autoworks Inc.*

## CERTIFICATE OF SERVICE

I certify that on August 26, 2026, I served the foregoing to the following parties and all parties requesting notice through the court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

Sandra S. Hamilton; via CM/ECF
Alan C. Hochheiser; via CM/ECF
Shanna M. Kaminski; via CM/ECF
Matthew Harry Knaster; via CM/ECF
Colin E. Moriarty; via CM/ECF
Paul Moss; via CM/ECF
Kevin Neiman; via CM/ECF
Robert Padjen; via CM/ECF
US Trustee; via CM/ECF
Nathaniel Vasquez; via CM/ECF

*s/ Barbara A. Moss*