# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| A&C AUTOWORKS INC., | ) | Case No. 26-14422-MER<br>Chapter 11, Subchapter V |
| Debtor. | ) | |

**VERIFIED STATEMENT OF DAVID J. HOFFMAN IN SUPPORT OF SUPPLEMENT TO APPLICATION TO EMPLOY HOFFMAN CPA LLC AS ACCOUNTANT FOR DEBTOR**

I, David J. Hoffman, state the following based on my personal knowledge formed after reasonable investigation:

1. I am a certified public accountant licensed in Colorado, and I am the owner of Hoffman CPA LLC (the "Firm").

2. The Firm seeks to be employed as accountant for A&C Autoworks Inc. ("Debtor") pursuant to the Application to Employ Hoffman CPA LLC as Accountant for Debtor (the "Application"). The Firm's services will consist of providing support for monthly accounting and reporting and preparation of Debtor's 2025 tax return.

3. The Firm and its employees have no connection with the bankruptcy estate, Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee's office, or any person employed in the office of the United States Trustee, except that: (i) the Firm held a $2,275 claim against Debtor as of the date of the bankruptcy case (the "Claim"); (ii) the Firm has previously prepared tax returns and provided services to Debtor; (iii) the Firm has previously prepared tax returns for M&M Real Estate Management LLC ("M&M"), which is owned by Malcolm and Melinda Garrison and prepared tax returns for the Debtor's owner's, Malcolm and Melinda Garrison (iv) as of the petition date, M&M owed the Firm $1,775 and the Garrisons owed the Firm $650.

4. The Firm waives the Claim and any amounts owed by M&M and / or Malcolm and Melinda Garrison. In addition, the Firm will not do the 2025 tax returns for M&M or Malcolm and Melinda Garrison.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct based on my personal knowledge.

Executed on August 21, 2026

David J. Hoffman